DAYMINDER
2009

GOVERNMENT
EXHIBIT
17
12 Cr. 171 (JPO)

## July 13 – 15

**13 MONDAY** 194/171
- 8  GR – 30,000
-    Cima – 220
- 9  O – 900
-    38 – 1,460 + 1,810
-    10R – 765
-    M.B – 5,150
- 11
- 12 Evening

**14 TUESDAY** 195/170
- 8  GR – 30,000
-    G – 6,170
- 9
- 1  39 + 95 + 36 + 38…
- 2  Bal – 53,040
-    07-15-09
- 10
- 11
- 12 Evening

**15 WEDNESDAY** 196/169
- 8  O – 15,435
-    38 – 19,810
-    GR – 30,000
-    M.Z – 70,000
- 10 G – 51,710
-    S – 8,865
- 11 G – 10,450
- 12 Evening

## 16 – 19 July

**THURSDAY 16** 197/168
- 1  M.Z – 30,000
- 2  Bal – 23,000 ℗
-    07-16-09
- 3
- 4
- 5

**FRIDAY 17** 198/167
- 1  M.Z – 10,000
- 2  Bal – 13,000 —
- 3
- 4
- 5

- 8  S – 12,490
-    M.Z – 30,000
- 9  G – 6,650
-    38 – 39,290
- 10 4 – 23,780
- 11
- 12 Evening

- 8  Rob – 6,530
-    G – 9,050
- 9  GR – 80,000
-    4 – 16,240
- 10
- 11
- 12 Evening

**SATURDAY 18** 199/166

**SUNDAY 19** 200/165
- M.Z – 10,000 clear —

