UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DANILOVICH,

                Movant,

       -v-

UNITED STATES OF AMERICA,

                Respondent.

20-CV-296 (JPO)

12-CR-171-2 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 31, 2020, Movant filed a letter requesting an extension of time to submit a signed attorney-client privilege waiver due to a COVID-19 lockdown in his facility. (Dkt. No. 12.)

The request is hereby GRANTED. Movant shall either sign the Government's waiver or propose a new waiver on or before July 7, 2020.

SO ORDERED.

Dated: April 21, 2020
      New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*