UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
  UNITED STATES OF AMERICA,          :

                          Plaintiff,              :

                                       :    12 CR 171 (JPO)
          -against-                      :
                                       :    **ORDER**
  MICHAEL DANILOVICH,                  :

                         Defendant.            :
------------------------------------------------------- x

J. PAUL OETKEN, United States District Judge:

      The Defendant, MICHAEL DANILOVICH (Reg. No. 49489-054), having made an application to the warden of the Federal Correctional Institution in Otisville, NY for a sentence reduction pursuant to 18 U.S.C. § 3582, based on medical reasons and having placed his medical condition at issue,

      It is hereby ORDERED that the Bureau of Prisons release to Defendant's counsel, Zachary S. Taylor, within five business days of this Order Defendant's complete medical records from the time he entered into the custody of the Bureau of Prisons to the present.

Date: April 22, 2020                                  SO ORDERED:
New York, New York

                                                                                      J. PAUL OETKEN
                                                               United States District Judge