UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MICHAEL DANILOVICH,<br><br>Defendant. | 12-CR-171-02 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Upon motion of Defendant Michael Danilovich for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and for the reasons set forth in the Court's opinion and order filed on August 7, 2023 (ECF No. 2205), it is ORDERED that:

The motion is GRANTED; and

Defendant Michael Danilovich's previously imposed sentence is hereby reduced to a total term of 180 months' (15 years') imprisonment, followed by three years of supervised release on the terms and conditions previously specified in the judgment.

SO ORDERED.

Dated: August 8, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge